

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SEAN HARRISON MACKERT
NATHAN ANDREW GIBSON

CASE NO. 3:17-cr-160-J-39JBT
Ct. 1:      18 U.S.C. § 1349

## INFORMATION

The U.S. Attorney charges:

### COUNT ONE
### (CONSPIRACY TO COMMIT WIRE FRAUD)

**A. Introduction**

At all times material to this Information:

1. The Sheep Marketplace was an anonymous online marketplace that operated on the World Wide Web. This online marketplace was used by criminals, predominately for the illicit sale of narcotics.

2. Bitcoin was a peer-to-peer payment system and digital currency introduced in 2009.

3. Criminals conducting business on Sheep Marketplace used bitcoins as a form of payment.

4. Bitcoins can be exchanged through some licensed Money Service Businesses for other forms of payment to include United States currency.

### B. The Conspiracy

From a date unknown, but at least through in or about March 2014, in the Middle District of Florida, and elsewhere, the defendants,

SEAN HARRISON MACKERT,
NATHAN ANDREW GIBSON,

did unlawfully, knowingly, and willfully combine, conspire, confederate and agree with others both known and unknown, to devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, utilizing transmissions via wire communication in interstate and foreign commerce of any writings, signs, signals, pictures, and sounds, in violation of Title 18 United States Code, Section 1343, all in violation of Title 18, United States Code, Section 1349.

### C. The Manner and Means

The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

1. It was part of the manner and means of the conspiracy that SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON accessed the Sheep Marketplace starting in 2013.

2. It was further part of the manner and means of the conspiracy that SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON caused the Sheep Marketplace web-site to wire large amounts of bitcoins to multiple online "wallet" software locations.

3. It was further part of the manner and means of the conspiracy that SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON wired or caused to be wired a portion of the bitcoins from multiple online "wallet" software locations to a licensed Money Services Business.

4. It was further part of the manner and means of the conspiracy that SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON exchanged the bitcoins for United States currency at a licensed Money Service Business.

5. It was further part of the manner and means of the conspiracy that SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON caused the licensed Money Service Business which was located outside of the state of Florida to wire the United States currency to bank accounts located in

the state of Florida that were controlled by SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON.

6. It was further part of the manner and means of the conspiracy that once the United States currency was wired to bank accounts controlled by the defendants, SEAN HARRISON MACKERT and NATHAN ANDREW GIBSON while in Duval County, Florida, would withdraw portions of the United States currency.

## **FORFEITURES**

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in Count One of this Information, the defendants,

        SEAN HARRISON MACKERT,
        NATHAN ANDREW GIBSON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense to include:

  a. One silver John Hardy bracelet measuring approximately 7mm – 17mm x 8 inches, with pave' settings containing full-cut colorless topazes measuring approximately 1.0mm in diameter each. Stamped: "JH 925"; Weight: 40.1 grams;

  b. One 18Kt. white gold neckchain measuring approximately 1.2mm x 16 inches, and one 18Kt. White gold crown key pendant with bead settings containing full-cut diamonds weighing approximately 0.14 total carat weight. Stamped: "© TIFFANY & co. AU750" (chain), "© T&Co AU750" (pendant); Weight: 1.3 grams (chain), 4.0 grams (pendant); and

  c. One 14Kt. yellow gold neckchain approximately 1.22mm x 18 inches, and one 18Kt. yellow gold open face pocket watch measuring approximately 12mm x 12mm, with blue enamel and bead settings containing: 1 double rose-cut diamond measuring approximately 3.0mm in diameter, with grades of: Color: H-I, Clarity: SI-1; and 70 seed pearls measuring approximately 1.0mm in diameter each, with grades averaging: Color: Medium Cream, Shape: Slightly Off-round; Blemishes: Moderate, Luster: Medium; Matching: Good; Stamped: "Advance Retard" (movement), "49430 (inside of inner back cover), "49430" (inside of inner back cover), "585" (chain); Weight: 2.3 grams (chain), 14.0 grams (watch).

 3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

W. STEPHEN MULDROW
Acting United States Attorney

By: Kevin C. Frein
KEVIN C. FREIN
Assistant United States Attorney

By: ______________________
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division