`                           UNITED STATES DISTRICT COURT
                            MIDDLE DISTRICT OF FLORIDA
                              JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No. 3:17-cr-160-J-34JBT

**SEAN HARRISON MACKERT**
**NATHAN ANDREW GIBSON**              Defense Atty.: Jeffrey Harris Lichtman, Esq.
                                                      AUSA: Kevin C. Frein

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 10/31/2017<br>1:06 p.m. - 1:26 p.m.<br>Recess<br>2:29 p.m. - 3:35 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | Jacob Ely |

## CLERK'S MINUTES

**PROCEEDINGS: Garcia Hearing/Initial Appearance/Waiver of Indictment/Plea/Bond**

Defendants are present with retained counsel Jeffrey Harris Lichtman, Esquire.

Defendants placed under oath.

The Court advises the parties of concerns it has with the factual basis as it relates to the charge. Government counsel and defense counsel relay to the Court additional facts that support the charge and offer to recess and revise the factual basis to alleviate the Court's concerns.

The Court advises the parties that the changes to the factual basis satisfies the Court's concerns.

### Waiver of Conflict:
  **As to Sean Harrison Mackert**

Defendant is advised of the potential ramifications of being represented by the same attorney.

Court questioned Defendant Sean Harrison Mackert regarding waiving conflict free counsel.

Court reads Waiver of Conflict of Interest.

Defendant Mackert waives conflict-free counsel regarding any actual or potential conflict with Nathan Andrew Gibson that exists or may arise in his case.

**CONTINUED ON PAGE 2**

The Court finds Defendant Sean Harrison Mackert knowingly, intelligently and voluntarily waived conflict-free counsel regarding any actual or potential conflict with Nathan Andrew Gibson that exists or may arise in his case.

**Waiver of Conflict:**
  **As to Nathan Andrew Gibson**

Defendant is advised of the potential ramifications of being represented by the same attorney.

Court questioned Defendant Nathan Andrew Gibson regarding waiving conflict free counsel.

Court reads Waiver of Conflict of Interest.

Defendant Nathan Andrew Gibson waives conflict-free counsel regarding any actual or potential conflict with Sean Harrison Mackert that exists or may arise in his case.

The Court finds Defendant Nathan Andrew Gibson knowingly, intelligently and voluntarily waived conflict-free counsel regarding any actual or potential conflict with Sean Harrison Mackert that exists or may arise in his case.

**Waiver of Indictment:** Court made inquiry of Defendants pertaining to their right to waive indictment.

Defendants were advised of rights, charge, penalty, special assessment and forfeiture provision.

**FILED IN OPEN COURT: Waivers of Indictment (Re-executed)**

After Court's inquiry, Court finds Defendants knowingly, intelligently, voluntarily and freely waived their right to require the United States to present this case to a federal grand jury and consented to prosecution by information. **Orders to enter.**

**Parties agreed to bypass the arraignment.**

**Plea:**

Court questions Defendants regarding U.S. Magistrate taking their plea. Defendants consent.

Defendants entered a guilty plea to Count One of the Information, pursuant to the Plea Agreements filed herein.

Parties will waive the 14 day objection period to the Report and Recommendation.

**Report and Recommendation to enter as to each Defendant.**

Sentencing will be scheduled by the District Court Judge.

**CONTINUED ON PAGE 3**

**Page Three**
**USA vs Mackert, et al**
**3:17-cr-160-J-34JBT**

**AS TO BOND:**

Government's oral motion for bond as to each Defendant is **GRANTED.**

Unsecured Appearance Bond set in the amount of $25,000.00, with no deposit required to the Registry of the Court.

**Order Setting Conditions of Release and Unsecured Appearance Bond to enter as to each Defendant.**

**FILED IN OPEN COURT**:
    **Plea Agreements**
    **Notices Regarding Entry of Plea**