FILED IN OPEN COURT

10/31/2017

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



UNITED STATES OF AMERICA

v.

NATHAN ANDREW GIBSON

WAIVER OF INDICTMENT

Criminal No. 3:17-cr-160-J-39 JBT

I, NATHAN ANDREW GIBSON, the above named defendant, who is accused of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
NATHAN ANDREW GIBSON
Defendant

_____
JEFFREY LICHTMAN, Esq.
Counsel for Defendant

Before _____
         Judicial Officer

3