UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:17-cr-160-J-34JBT |
|---|---|
| v. | |
| NATHAN ANDREW GIBSON | |

**Counsel for Government:**
Kevin Frein

**Counsel for Defendant:**
Jeffrey Lichtman

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles
Court Reporter: Cindy Packevicz Jarriel     U.S. Probation: Kristina Renfroe

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

_____ United States' witnesses: _____
_____ Defendant's witnesses: _____
_____ United States' exhibits filed in evidence: _____
_____ Defendant's exhibits filed in evidence: _____
__X__ Plea previously accepted.
__X__ Defendant adjudged guilty on Count **One of the Information**
_____ Imprisonment: _____
_____ Court recommends confinement at:
_____ Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
_____ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
_____ Court recommends to the BOP that defendant receive mental health treatment.
_____ Supervised Release: _____
__X__ Probation: **THREE (3) YEARS**
__X__ Special Assessment: **$100.00**       to be paid immediately.
__X__ Fine: **$2400.00**
__X__ Special conditions of supervised release/probation: _____
    __X__ Defendant shall provide the Probation Officer access to any requested financial information.
    __X__ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the Probation Officer.
    _____ Defendant shall participate as directed in a program of mental health treatment.
    _____ Defendant shall participate as directed in a program for substance abuse treatment.
    _____ Defendant shall participate in the Home Detention program for a period of _____ days/months.
    __X__ Defendant shall perform **100 HOURS** of community service as directed by the Probation Officer.
    _____ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
    __X__ Mandatory drug testing suspended. Defendant poses a low risk. However, the Court orders the defendant to submit to random drug testing not to exceed two tests per week.
    __X__ Defendant shall cooperate in the collection of DNA as directed by the probation officer.
    _____ Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle.

_____ Defendant is remanded to the custody of the U.S. Marshal.
_____ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
__X__ Defendant advised of right to appeal and to counsel on appeal.
__X__ An unredacted version of Defendant's Sentencing Memorandum (Dkt. No. 44) shall be filed under seal. Defense counsel shall file a motion to substitute a lesser redacted version on the public docket that only redacts information regarding the danger and personal identifying information.
__X__ The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 39) is **GRANTED**.

DATE: February 5, 2018       TIME: 2:11 p.m. - 3:40 p.m.       TOTAL: 1 Hour, 29 Minutes